No. 06-937

| | |
|---|---|
| Title: | Quanta Computer, Inc., et al., Petitioners<br>v.<br>LG Electronics, Inc. |
| Docketed: | January 8, 2007 |
| Lower Ct: | United States Court of Appeals for the Federal Circuit |
| Case Nos.: | (05-1261, 05-1262, 05-1263, 05-1264, 05-1302, 05-1303, 05-1304) |
| Decision Date: | July 7, 2006 |
| Rehearing Denied: | September 1, 2006 |

Questions Presented

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

| Date | Proceedings and Orders |
|---|---|
| Nov 30 2006 | Motion (06M54) of petitioner for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record filed. |
| Nov 30 2006 | Petition for a writ of certiorari filed. (Response due February 7, 2007) |
| Dec 6 2006 | MOTION (06M54) DISTRIBUTED for Conference of January 5, 2007. |
| Jan 8 2007 | Motion (06M54) of petitioner for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record Granted. |
| Feb 1 2007 | Order extending time to file response to petition to and including March 9, 2007. |
| Mar 9 2007 | Brief amici curiae of Dell Inc., et al. filed. |
| Mar 9 2007 | Brief of respondent LG Electronics, Inc. in opposition filed. |
| Mar 9 2007 | Brief amicus curiae of Minebea Co., Ltd. filed. |
| Mar 20 2007 | Reply of petitioners Quanta Computer, Inc., et al. filed. |
| Mar 21 2007 | DISTRIBUTED for Conference of April 13, 2007. |
| Mar 27 2007 | Letter of March 27, 2007, from counsel for petitioner received. (Distributed) |
| Apr 16 2007 | The Solicitor General is invited to file a brief in this case expressing the views of the United States. |
| Aug 24 2007 | Brief amicus curiae of United States filed. |
| Sep 4 2007 | Supplemental brief of respondent LG Electronics, Inc. filed. (Distributed) |
| Sep 5 2007 | DISTRIBUTED for Conference of September 24, 2007. |
| Sep 25 2007 | Petition GRANTED. The brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 2 p.m., Monday, November 5, 2007. The brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 2 p.m., Monday, December 3, 2007. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 2 p.m., Friday, December 28, 2007. Briefs of amici curiae are to be filed with the Clerk and served upon counsel for the parties on or before 2 p.m., 7 days after the brief for the party supported is filed, or if in support of neither party, within 7 days after the petitioners' brief is filed. |
| Oct 31 2007 | Consent to the filing of amicus briefs in support of either party received from counsel for the petitioner. |
| Nov 1 2007 | Consent to the filing of amicus curiae briefs in support of either or neither party received from counsel for the respondent. |
| Nov 5 2007 | Joint appendix filed. Volume 1 (Pages 1 to 144). Statement of costs received. |
| Nov 5 2007 | Brief of petitioners Quanta Computer, Inc., et al. filed. |
| Nov 5 2007 | Motion for leave to file Volume II of the joint appendix under seal filed by petitioners Quanta Computer, Inc., et al. |
| Nov 5 2007 | Supplement to Joint Appendix (Pages 199 to 267) |
| Nov 12 2007 | Brief amicus curiae of International Business Machines Corporation filed. |
| Nov 12 2007 | Brief amici curiae of Consumers Union, et al. filed. |
| Nov 12 2007 | Brief amici curiae of Automotive Engine Rebuilders Association, et al. filed. |
| Nov 13 2007 | Brief amicus curiae of United States filed. |
| Nov 13 2007 | Brief amicus curiae of CropLife International filed. |

| | |
|---|---|
| Nov 13 2007 | Brief amicus curiae of Gen-Probe Incorporated filed. |
| Nov 13 2007 | Brief amicus curiae of American Seed Trade Association filed. |
| Nov 13 2007 | Brief amicus curiae of NCR Corporation filed. |
| Nov 13 2007 | Brief amicus curiae of American Antitrust Institute filed. |
| Nov 13 2007 | Brief amicus curiae of Licensing Executives Society in Support of Neither Party filed. |
| Nov 13 2007 | Brief amicus curiae of Biotechnology Industry Organization in Support of Neither Party filed. |
| Nov 13 2007 | Brief amici curiae of Nokia Corporation and Nokia Inc. filed. |
| Nov 13 2007 | Brief amici curiae of Dell Inc., Hewlett-Packard Co., Cisco Systems, Inc. and E-Bay Inc. filed. |
| Nov 13 2007 | Brief amicus curiae of Computer & Communications Industry Association filed. |
| Nov 13 2007 | Letter proposing a LODGING received from counsel for amici Dell, Inc., et al. |
| Nov 13 2007 | Brief amicus curiae of Motorola, Inc. filed. |
| Nov 14 2007 | Motion DISTRIBUTED for Conference of November 30, 2007. |
| Nov 16 2007 | SET FOR ARGUMENT ON Wednesday, January 16, 2008. |
| Dec 3 2007 | Motion for leave to file Volume II of the joint appendix under seal. GRANTED. |
| Dec 3 2007 | Brief of respondent LG Electronics, Inc. filed. |
| Dec 3 2007 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument filed. |
| Dec 6 2007 | CIRCULATED. |
| Dec 6 2007 | Brief amicus curiae of American Intellectual Property Law Association filed. (Distributed) |
| Dec 10 2007 | Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument GRANTED. |
| Dec 10 2007 | Brief amicus curiae of Qualcomm Incorporated filed. (Distributed) |
| Dec 10 2007 | Brief amicus curiae of Papst Licensing GMBH & Co.KG filed. (Distributed). |
| Dec 10 2007 | Brief amicus curiae of Intellectual Property Owners Association filed. (Distributed) |
| Dec 10 2007 | Brief amicus curiae of Wi-LAN, Inc. filed. (Distributed). |
| Dec 10 2007 | Brief amicus curiae of Ibiquity Digital Corporation filed. (Distributed) |
| Dec 10 2007 | Brief amicus curiae of MPEG LA LLC filed. (Distributed) |
| Dec 10 2007 | Brief amici curiae of Interdigital Communications LLC and Tessera, Inc. filed. (Distributed) |
| Dec 10 2007 | Brief amici curiae of Various Law Professors filed. (Distributed) |
| Dec 10 2007 | Brief amicus curiae of Rembrandt IP Management LLC filed. (Distributed) |
| Dec 10 2007 | Brief amicus curiae of Yahoo! Inc. filed. (Distributed) |
| Dec 10 2007 | Brief amicus curiae of AmberWave Systems Corporation filed. (Distributed) |
| Dec 10 2007 | Brief amici curiae of Aerotel, Ltd., Aerotel U.S.A., Inc., and Aerotel U.S.A., LLC filed. (Distributed) |
| Dec 10 2007 | Brief amicus curiae of Technology Properties Limited filed. (Distributed) |
| Dec 19 2007 | Record received from U.S.C.A. for Federal Circuit. (2 boxes) |
| Dec 26 2007 | Record received from U.S.D.C. for the Northern District of California. (11 boxes) |
| Dec 28 2007 | Motion for leave to file reply brief under seal with redacted copies for the public record filed by petitioners Quanta Computer, Inc., et al. (Distributed) |
| Dec 28 2007 | Redacted reply brief of petitioners Quanta Computer, Inc., et al. filed. (Distributed) |
| Jan 2 2008 | Motion DISTRIBUTED for Conference of January 4, 2008. |
| Jan 7 2008 | Motion for leave to file a reply brief under seal with redacted copies for the public record GRANTED. |
| Jan 11 2008 | Letter from counsel for petitioner received. (Distributed) |
| Jan 16 2008 | Argued. For petitioners: Maureen E. Mahoney, Washington, D.C.; and Thomas G. Hungar, Deputy Solicitor General, Department of Justice, Washington, D.C. (for United States, as amicus curiae.) For respondent: Carter G. Phillips, Washington, D.C. |
| Feb 8 2008 | January 15, 2008, letter from counsel for the petitioners filed. (Distributed) |
| Feb 8 2008 | Motion to unseal the reply brief filed by petitioners. |

| | | |
|---|---|---|
| Feb 11 2008 | Motion DISTRIBUTED for Conference of February 15, 2008. | |
| Feb 19 2008 | Motion to unseal the reply brief GRANTED. | |
| Jun 9 2008 | Judgment REVERSED. Thomas, J., delivered the opinion for a unanimous Court. | |
| Jul 11 2008 | JUDGMENT ISSUED. | |
| Jul 16 2008 | Record returned to the U.S.C.A. for the Federal Circuit. | |
| Jul 16 2008 | Record returned to the U.S.D.C. for the Northern District of California. | |
| Jul 22 2008 | Acknowledgement of receipt (07/14/08) of judgment from Clerk, United States Court of Appeals for the Federal Circuit received. | |

| ~~Name~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Maureen E. Mahoney<br>   Counsel of Record | Latham & Watkins LLP<br>555 11th Street, NW<br>Suite 1000<br>Washington, DC  20004<br>Maureen.Mahoney@LW.com | (202) 637-2200 |
| Party name: Quanta Computer, Inc., et al. | | |
| **Attorneys for Respondent:** | | |
| Carter G. Phillips<br>   Counsel of Record | Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC  20005<br>cphillips@sidley.com | (202) 736-8000 |
| Party name: LG Electronics, Inc. | | |
| Richard G. Taranto | Farr & Taranto<br>1220 19th Street, N.W.<br>Suite 800<br>Washington, DC  20036<br>rgtjd@cs.com | (202) 775-0184 |
| Party name: LG Electronics, Inc. | | |
| **Other:** | | |
| Jonathan Band | Jonathan Band PLLC<br>21 Dupont Circle NW<br>8th Floor<br>Washington, DC  20036 | (202) 296-5675 |
| Party name: Computer and Communications Industry Association | | |
| Kenneth C. Bass III | Sterne, Kessler, Goldstein & Fox<br>1100 New York Avenue, NW<br>Washington, DC  20005 | (202) 772-8825 |
| Party name: Interdigital Communications LLC and Tessera, Inc. | | |
| Garrard R. Beeney | Sullivan & Cromwell LLP<br>125 Broad Street | (212) 558-4000 |

| | | |
|---|---|---|
| | New York, NY | |
| Party name: MPEG LA LLC | | |
| Beth S. Brinkmann | Morrison & Foerster LLP<br>2000 Pennsylvania Ave., N.W.<br>Washington, DC 20006-1888<br>bbrinkmann@mofo.com | (202) 887-1544 |
| Party name: Gen-Probe Incorporated | | |
| Morgan Chu | Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | (310) 203-7000 |
| Party name: NCR Corporation | | |
| Richard W. Clary | Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 | (212) 474-1000 |
| Party name: Qualcomm Incorporated | | |
| Roger L. Cook | Townsend and Townsend and Crew LLP<br>Two Embarcadero Center<br>8th Floor<br>San Francisco, CA 94111 | (415) 576-0200 |
| Party name: Technology Properties Limited | | |
| Michael J. Doyle | Ostrager Chong Flaherty & Brottman PC<br>570 Lexington Avenue<br>New York, NY 10022-6894 | (212) 681-0600 |
| Party name: Aerotel, Ltd., Aerotel U.S.A., Inc., and Aerotel U.S.A., LLC | | |
| Albert A, Foer | American Antitrust Institute<br>o2919 Ellicott St., NW<br>Washington, DC 20008 | (202) 276-6002 |
| Party name: American Antitrust Institute | | |
| Gregory G. Garre | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | (202) 514-2217 |
| Party name: United States | | |
| Robert E. Goodfriend | McKool Smith PC<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201 | (214) 978-4000 |
| Party name: Wi-LAN, Inc. | | |

| | | |
|---|---|---|
| Seth D. Greenstein | Constantine Cannon LLP<br>1625 I Street NW<br>Washington, DC  20006 | (202) 204-3500 |

Party name: Automotive Engine Rebuilders Association, et al.

| | | |
|---|---|---|
| Gary M. Hoffman | Dickstein Shapiro Morin Oshinsky LLP<br>2101 L Street, Suite 400<br>Washington, DC  20037-1526 | (202) 785-9700 |

Party name: Intellectual Property Owner Association

| | | |
|---|---|---|
| Thomas G. Hungar | Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave, NW<br>Washington, DC  20036 | (202) 955-8500 |

Party name: Quanta Computer, Inc., et al. v. LG Electronics, Inc.

| | | |
|---|---|---|
| Song K. Jung | McKenna Long & Aldridge<br>1900 K Street, N.W.<br>Washington, DC  20006 | (202) 496-7500 |

Party name: AmberWave Systems Corporation

| | | |
|---|---|---|
| F. Scott Kieff | 1111 23rd Street NW<br>Apt. 3d<br>Washington, DC  20037 | (202) 558-6667 |

Party name: Various Law Professors

| | | |
|---|---|---|
| Edwin S. Kneedler | Acting Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530-0001 | (202) 514-2217 |

Party name: United States

| | | |
|---|---|---|
| Gary Jay Kushner | Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, DC  20004 | (202) 637-5856 |

Party name: Quanta Computer, Inc., et al. v. LG Electronics, Inc.

| | | |
|---|---|---|
| Russell E. Levine | Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60001 | (312) 861-2000 |

Party name: Motorola, Inc.

| | | |
|---|---|---|
| Jeffrey I. D. Lewis | Paterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY  10036 | (212) 336-2000 |

Party name: American Intellectual Property Law Association

| | | |
|---|---|---|
| Traci L. Lovitt | Jones Day<br>222 East 41st Street<br>New York, NY 10017 | (212) 326-3939 |

Party name: International Business Machines Corporation

| | | |
|---|---|---|
| Joel E. Lutzker | Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY 10112 | (212) 332-3800 |

Party name: (Minebea Co., Ltd.) & Licensing Executives Society

| | | |
|---|---|---|
| Roderick R. McKelvie | Covington & Burling LLP<br>1201 Pennsylvania Ave., NW<br>Washington, DC 20004 | (202) 662-6000 |

Party name: Ibiquity Digital Corporation

| | | |
|---|---|---|
| Patricia A. Millett | Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Ave., NW<br>Washington, DC 20036<br>pmillett@akingump.com | (202) 887-4400 |

Party name: Biotechnology Industry Organization

| | | |
|---|---|---|
| Aaron M. Panner | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>1615 M Street, N.W.<br>Suite 400<br>Washington, DC 20036 | (202) 326-7900 |

Party name: Rembrandt IP Management LLC

| | | |
|---|---|---|
| Andrew J. Pincus | Mayer Brown LLP<br>1909 K Street, NW<br>Washington, DC 20006-1101<br>apincus@mayerbrown.com | (202) 263-3220 |

Party name: Dell Inc., Hewlett-Packard Co., Cisco Systems, Inc. and E-Bay Inc.

| | | |
|---|---|---|
| Lawrence Rosenthal | Chapman University School of Law<br>One University Drive<br>Orange, CA 92866 | (714) 628-2650 |

Party name: Papst Licensing GMBH & Co.KG

| | | |
|---|---|---|
| Kathleen M. Sullivan | Stanford Constitutional Law Center<br>Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610 | (650) 725-9875 |

Party name: Nokia Corporation and Nokia Inc.

| | | |
|---|---|---|
| Fred Von Lohmann | Electric Frontier Foundation | (415)-436-9333 |

| | | |
|---|---|---|
| | 454 Shotwell Street<br>San Francisco, CA 94110 | |
| Party name: Consumers Union, et al. | | |
| Seth P. Waxman | Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>seth.waxman@wilmerhale.com | (202) 663-6000 |
| Party name: CropLife International | | |
| Christopher J. Wright | Wiltshire & Grannis LLP<br>1200 Eighteenth St., N.W.<br>Washington, DC 20036<br>cwright@harriswiltshire.com | (202) 730-1300 |
| Party name: Yahoo! Inc. | | |