UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 3:00CV161-P-D |
| | ) |
| MITCHELL SCRUGGS, *et al.* | ) |
| | ) |
| Defendants. | ) |

### MONSANTO COMPANY'S MOTION IN LIMINE NO. 16 AND BRIEF IN SUPPORT

Plaintiff Monsanto Company ("Monsanto"), by its attorneys, respectfully requests this Court to enter an Order *in limine* prohibiting Defendants, their witnesses, experts and attorneys from making any reference whatsoever to matters set forth below:

**(Governmental Agency Inquiries Into Monsanto's Business Practices)**

Any remarks, evidence or testimony regarding any informal or formal state or federal governmental agency inquiries, investigations, subpoenas, workshops, etc. relating to any of Monsanto's business practices should be excluded. Defendants have, unsuccessfully, challenged Monsanto's business practice of, *inter alia*, licensing growers to plant crop seed containing its biotechnology solely in a single season. *Monsanto v. Scruggs*, 459 F.3d 1328 (Fed. Cir. 2006); *see also Monsanto v. Scruggs*, 342 F.Supp.2d 568 (N.D. Miss. 2004).

Monsanto anticipates that Defendants may seek to inflame or confuse the jury and once again argue that Monsanto's single-use licensing system and/or other business practices are somehow improper through prejudicial remarks regarding past or present inquiries by state or federal governmental authorities and/or agencies relating in any way

to one or more of Monsanto's myriad of business practices. Such evidence, of course, is irrelevant and is not probative of any fact of consequence in this case and is therefore not relevant. *U.S. v. Miller*, 520 F.3d 504 (5th Cir. 2008) (upholding exclusion of evidence "not probative of any fact of consequence and was properly excluded"); *see also United States v. Hollister*, 746 F.2d 420, 422 (8th Cir. 1984) ("Evidence must be probative of a fact of consequence in the matter. ...").

Further, the probative value of any such evidence will be substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. *See BoDean's Cone Company, L.L.C. v. Norse Dairy Systems, L.L.C.*, 678 F. Supp. 2d 883, 896-98 (N.D. Iowa 2009) (granting Motion in Limine regarding Iowa Attorney General actions and inactions); *In Re Tenet Healthcare Corp. Securities Litigation*, 2007 WL 5673884 (C.D. Cal. December 5, 2007) (granting Motion in Limine regarding party's settlement with United States Department of Justice and evidence relating thereto).

Moreover, the probative value of any such evidence will be further outweighed by considerations of undue delay and waste of time as allowing such evidence would result in a trial within a trial as Monsanto would be inclined to rebut any baseless claims that any of Monsanto's business practices are improper. *See* FED. R. EVID. 403.

Accordingly, Monsanto respectfully requests this Court exclude all evidence related to any informal or formal state or federal governmental agency inquiries, investigations, subpoenas, workshops, etc. relating to any of Monsanto's business practices.

WHEREFORE, Monsanto respectfully requests that the Court issue an order granting this motion.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By:     */s/ Joseph C. Orlet*
        Joseph C. Orlet
        joseph.orlet@huschblackwell.com
        Matthew R. Grant
        matt.grant@huschblackwell.com
        190 Carondelet Plaza, Suite 600
        St. Louis, MO 63105-3441
        (314) 480-1500
        (314) 480-1505 (fax)

AND

HOLCOMB DUNBAR
Michael N. Watts
mwatts@holcombdunbar.com
R. Bradley Best
bradbest@holcombdunbar.com
1217 Jackson Avenue
Post Office Drawer 707
Oxford, MS 38655-0707
(662) 234-8775
(662) 238-7552 (fax)

AND

LAKE TINDALL, LLP
Frank S. Thackston, Jr.
fthackston@ltindall.com
127 South Poplar
Post Office Box 918
Greenville, MS 38702-0918
(662) 378-2121
(662) 378-2183 (fax)

AND

BLACKMON & BLACKMON
Edward Blackmon, Jr.
edblackmon@blackmonlawfirm.com
907 West Peace Street
P.O. Box 105
Canton, MS 39046
(601) 859-1567
(601) 859-2311

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14th, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

James L. Robertson, Esq.
jlr@wisecarter.com
Paul Eldridge Barnes, Esq.
peb@wisecarter.com
WISE, CARTER, CHILD & CARAWAY
600 Heritage Building
401 East Capitol Street
Jackson, MS 39205-0651

Jim D. Waide, III, Esq.
waide@waidelaw.com
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
P.O. Box 1357
Tupelo, MS 38802

Lisa Scruggs Rohman, Esq.
lisarohman@yahoo.com
112 South Broadway
Tupelo, MS 38804

Steven C. Cookston, Esq.
steven@uwbbr.com
UPSHAW, WILLIAMS, BIGGERS,
  BECKHAM & RIDDICK LLP
309 Fulton Street
Greenwood, MS 38930

David F. Maron, Esq.
dmaron@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39211

Dennis C. Sweet, III
dennis.sweet@sweetandassociates.net
SWEET & FREESE
158 East Pascagoula Street
Jackson, MS 39201-3901

   I hereby certify that on July 14th, 2010, I mailed by United States Postal Service the document to the following non-ECF participants:

Gary Myers
1012 South Lamar
Oxford, MS 38655

                 */s/ Joseph C. Orlet*