# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MONSANTO COMPANY**                                                      **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 3:00CV161-P-D**

**MITCHELL SCRUGGS, et al**                                              **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiff's Motion in Limine No. 3 [718]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Monsanto seeks entry of an order precluding any remarks, evidence or testimony regarding the conduct of attorneys in this case. In addition, plaintiff requests that the Court exclude all remarks, testimony or evidence relating to the relative size of the parties' attorneys' law firms or the number of lawyers participating in the preparation of this case. Finally, Monsanto asks that the Court exclude all remarks, testimony or evidence relating to the locations of the law office of counsel of record, or the state of residence of attorney participating in the preparation of this case be excluded. The Court finds that the motion is well-taken and should be granted, with the exception insofar as is necessary to conduct ordinary voir dire at the scheduled trial of this cause. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion in Limine No. 3 [718] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 24th day of August, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE