**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MONSANTO COMPANY**                                                                             **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 3:00CV161-P-D**

**MITCHELL SCRUGGS, et al**                                       **DEFENDANTS**

**<u>ORDER</u>**

This cause is before the Court on the plaintiff's Motion in Limine No. 5 [720]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Monsanto seeks entry of an order precluding any remarks, evidence or testimony suggesting that Monsanto's biotechnology or that food containing genetically modified crops is dangerous to consumers, threatens the safety of the food supply, or is otherwise unsafe or inferior to "organic" plants, crops, etc., including but not limited to references to "Frankenfood" or the "Terminator" gene. Monsanto further requests entry of an order prohibiting all remarks, testimony or evidence referring to StarLink, Aventis, rBGH milk, BST milk, conventional crops that have been cross-pollinated with genetically modified crops, or any conventional crop or product that has been mingled with a genetically modified crop or product. The Court finds that the motion is well-taken and should be granted inasmuch as such evidence appears altogether irrelevant; and to the extent such evidence has any marginal relevance, said relevance is overborne by the danger of unfair prejudice. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion in Limine

No. 5 [720] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 26th day of August, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE