**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MONSANTO COMPANY**                                                                         **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 3:00CV161-P-D**

**MITCHELL SCRUGGS, et al**                                                  **DEFENDANTS**

**ORDER**

This cause is before the Court on the plaintiff's Motion in Limine No. 6 [721]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Monsanto seeks entry of an order precluding defendants, their witnesses, experts and attorneys from making any reference whatsoever to any offers of settlement made by the parties to this action or their authorized representatives. The Court finds that the motion is well-taken and should be granted insofar as is consistent with F.R.E. 408. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion in Limine No. 6 [721] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 26th day of August, 2010.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE