**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MONSANTO COMPANY**                                              **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 3:00CV161-P-D**

**MITCHELL SCRUGGS, et al**                                   **DEFENDANTS**

### ORDER

This cause is before the Court on the plaintiff's Motion in Limine No. 9 [724]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Monsanto seeks entry of an order precluding defendants, their witnesses, experts and attorneys from making any reference whatsoever to the concept of jury nullification, e.g., that Monsanto is somehow entitled to no damages whatsoever in this case. Notwithstanding defendants arguments to the contrary, the Court finds the plaintiff's motion well-taken. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion in Limine No. 9 [724] is well-taken and should be, and hereby is, GRANTED

SO ORDERED, this the 27th day of August, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE