**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MONSANTO COMPANY**                                                                PLAINTIFF

**VERSUS**                                              CIVIL ACTION NO. 3:00CV161-P-D

**MITCHELL SCRUGGS, et al**                                                    DEFENDANTS

**ORDER**

This cause is before the Court on the plaintiff's Motion in Limine No. 11 [726]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Monsanto seeks entry of an order excluding any evidence whatsoever relating to Patent No. 5,633,435 ('435 Patent) on grounds that it lacks relevance and it is, therefore, inadmissible. Notwithstanding defendants' arguments to the contrary, the Court finds the motion well-taken. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion in Limine No. 11 [726] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 27th day of August, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE