IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MONSANTO COMPANY**                                                             **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 3:00CV161-P-D**

**MITCHELL SCRUGGS, et al**                                      **DEFENDANTS**

**ORDER**

This cause is before the Court on the plaintiff's Motion in Limine No. 12 [727]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Monsanto seeks entry of an order prohibiting defendants, their witnesses, experts and attorneys from making any reference whatsoever to the fact that Brian Allen Dye, an investigator for Monsanto, allegedly harassed or stalked any of the defendants, their employees or customers or was charged with allegedly stalking same pursuant to F.R.E. 401 and 403. Notwithstanding defendants' arguments to the contrary, the Court finds the motion well-taken.[1] Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion in Limine No. 12 [727] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 27th day of August, 2010.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The Court is aware of the apparent inconsistency in its ruling on the instant motion as compared with the ruling on plaintiff's Motion in Limine No. 10. Should it appear necessary, the defendants may invite the Court to revisit its ruling on this motion.