**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MONSANTO COMPANY**                                                                    **PLAINTIFF**

**VERSUS**                                                    **CIVIL ACTION NO. 3:00CV161-P-D**

**MITCHELL SCRUGGS, et al**                                                         **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiff's Motion in Limine No. 16 [793]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Monsanto seeks entry of an order prohibiting defendants, their witnesses, experts and attorneys from offering any remarks, testimony or other evidence regarding any informal or formal state or federal governmental agency inquiries, investigations, subpoenas, workshops, etc. relating to any of Monsanto's business practices on grounds that such evidence lacks relevance under F.R.E. 402 and to the extent it may be relevant, it should be excluded pursuant to F.R.E. 403 because its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury and by considerations of undue delay and waste of time. Defendants oppose the motion for a number of reasons; notwithstanding which, the Court finds the plaintiff's motion well-taken.[1] Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion in Limine

---

[1] As in every instance, this Court retains the discretion to modify its ruling based upon any unforeseen context which might develop at the scheduled trial of this cause. Mason v. City of Chicago, 631 F. Supp.2d 1052, 1056 (N.D. Ill. 2009).

No. 16 [793] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 27th day of August, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE